```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

WESLEY A. HUNTSINGER,

       Plaintiff,
v.                                    Case No. 8:09-cv-1798-T-33MAP

ROADWAY SPECIALTY DEVICES, INC.,

       Defendant.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal (the "Motion" Doc. # 6), which was filed on October 30, 2009. For the reasons that follow, the Court will deny the Motion without prejudice.

### Analysis

On July 15, 2009, Plaintiff initiated this FLSA case against Defendant in state court. (Doc. # 2) Defendant timely removed the case to this Court on September 2, 2009. (Doc. # 1). Defendant filed an answer and affirmative defenses on September 2, 2009. (Doc. # 3). On October 7, 2009, the Court entered its FLSA Scheduling Order. (Doc. # 4). No other relevant activity is revealed on the docket. The parties did not file dispositive motions or participate in any hearings. The parties settled before they were required to file answers

to Court Interrogatories or a Verified Summary of Hours worked.

On October 30, 2009, the parties filed the Motion requesting that the Court approve the settlement and dismiss the case, along with a motion for leave to file the settlement agreement in camera, which the Court denied on November 3, 2009. (Doc. ## 5-7).

On November 10, 2009, the parties filed the settlement agreement wherein they reveal that Plaintiff will receive a total recovery of $5,590 and Plaintiff's counsel will receive $4,410. (Doc. # 8). While the Court does not know the intricacies of the case, this appears to have been a routine and very simple case to litigate. The Court does not understand how it is that Plaintiff's counsel is entitled to a fee of $4,410. That number, under these circumstances, appears excessive.

Before proceeding further, Plaintiff's counsel is directed to file an itemized statement reflecting the time and resources allocated to the present case. Along with his itemized statement, Planitiff's counsel can provide the Court with argument as to why he feels he is entitled to such a fee.

Accordingly, it is

**ORDERED ADJUDGED and DECREED** that:

2

(1) The parties' Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. # 6) is **DENIED WITHOUT PREJUDICE**.

(2) Plaintiff's counsel is directed to file an itemized statement reflecting the time and resources allocated to this case within seven days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of November 2009.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record